IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 24-MJ-1779 JMR |
| vs. | ) |
| **CHALMERS DEDIOS**, | ) |
| Defendant. | ) |

ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
FOR CUSTODY OF DEFENDANT UNTIL COMPLETION OF FEDERAL CASE

Upon the motion of the United States Attorney for a Writ of Habeas Corpus ad Prosequendum directed to the Sheriff or Warden of the Jicarilla Apache Department of Corrections, Dulce, New Mexico, it is:

ORDERED that the Clerk of this Court is hereby authorized to issue a Writ of Habeas Corpus ad Prosequendum directing the Sheriff or Warden of the Jicarilla Apache Department of Corrections, Dulce, New Mexico, to surrender **CHALMERS DEDIOS**, DOB: XX/XX/1992, SSN: XXX/XX/3117, to the United States Marshal for the District of New Mexico or his representative in order that **CHALMERS DEDIOS** may be taken to the United States Courthouse for the District of New Mexico for prosecution in the above-captioned case before the Honorable United States Magistrate Judge Fashing on Monday, December 23, 2024, at 9:30 a.m.

**CHALMERS DEDIOS** is to remain in the custody of the United States Marshal or his authorized representative until the federal prosecution is complete, unless otherwise ordered.

_____
UNITED STATES MAGISTRATE JUDGE